# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MATTHEW ARTHUR FIELDS,

    Petitioner,

vs.

ROBERT LEGRAND, et al.,

    Respondents.

Case No. 3:11-cv-00341-LRH-WGC

**ORDER**

    The court stayed this action to allow petitioner to exhaust his available state court remedies. Order (#23). Petitioner has filed a motion to reopen (#24), stating that his proceedings in state court have concluded. The court grants this motion.

    Petitioner also has submitted a motion for appointment of counsel (#25). The court sees no reason to depart from its denial of petitioner's earlier motion for appointment of counsel (#7). See Order (#5).

    IT IS THEREFORE ORDERED that petitioner's motion to reopen (#24) is **GRANTED**. This action is **REINSTATED**.

    IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date on which this order is entered to answer or otherwise respond to the second amended petition (#42). If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

///

1     IT IS FURTHER ORDERED that petitioner's motion for appointment of counsel (#25) is
2 **DENIED**.
3     IT IS FURTHER ORDERED that, from this date forward, the hard copy of any exhibits
4 shall be forwarded—for this case—to the staff attorneys in Las Vegas.
5     DATED this 25th day of March, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE