# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MATTHEW ARTHUR FIELDS,

    Petitioner,

vs.

ROBERT LEGRAND, et al.,

    Respondents.

Case No. 3:11-cv-00341-LRH-WGC

**AMENDED ORDER**

    The court stayed this action to allow petitioner to exhaust his available state court remedies. Order (#23). Petitioner has filed a motion to reopen (#24), stating that his proceedings in state court have concluded. The court grants this motion.

    Petitioner also has submitted a motion for appointment of counsel (#25). The court sees no reason to depart from its denial of petitioner's earlier motion for appointment of counsel (#7). See Order (#5).

    IT IS THEREFORE ORDERED that petitioner's motion to reopen (#24) is **GRANTED**. This action is **REINSTATED**.

    IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date on which this order is entered to answer or otherwise respond to the petition (#6). If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

///

IT IS FURTHER ORDERED that petitioner's motion for appointment of counsel (#25) is **DENIED**.

IT IS FURTHER ORDERED that, from this date forward, the hard copy of any exhibits shall be forwarded—for this case—to the staff attorneys in Las Vegas.

DATED this 6th day of May, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE